```
                    U.S. BANK HOME MORTGAGE
                         P.O. BOX 20005
                  OWENSBORO, KENTUCKY  42304-0005


                  CUSTOMER ACCOUNT ACTIVITY STATEMENT         DATE 10/04/10
REQ BY OXY                                                    PAGE    3


DANTE HALL
LOAN NUMBER:  ██████████

                 ACTIVITY FOR PERIOD 01/01/08 - 10/01/10
PROCESS    DUE     TRANSACTION          TRANSACTION                EFFECTIVE DATE
DATE       DATE    CODE                 DESCRIPTION                OF TRANSACTION
-----------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/         ESCROW PAID/  -----------OTHER-------------
      AMOUNT      BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------------
01-14-10  00-00   632   STATUTORY EXPENSES
     125.00         0.00       0.00       0.00
01-06-10  00-00   712   STATUTORY EXPENSE REPAYMENT
      85.00         0.00       0.00       0.00
01-05-10  00-00   631   PROPERTY PRESERVATION
      20.00         0.00       0.00       0.00
12-15-09  05-09   161   ESCROW ADVANCE
   3,150.31         0.00       0.00    3150.31
12-15-09  01-10   312   COUNTY TAX DISBURSEMENT
   3,150.31-        0.00       0.00    3150.31-
                                       8504.24-   NEW PRINCIPAL/ESCROW BALANCES
12-10-09  05-09   161   ESCROW ADVANCE
   3,296.39         0.00       0.00    3296.39
12-10-09  01-10   317   LIEN DISBURSEMENT
   3,296.39-        0.00       0.00    3296.39-
                                       5353.93-   NEW PRINCIPAL/ESCROW BALANCES
12-10-09  00-00   601   MISC. CORPORATE DISBURSEMENT
      85.00         0.00       0.00       0.00
12-08-09  05-09   161   ESCROW ADVANCE
   2,057.54         0.00       0.00    2057.54
12-08-09  01-10   314   SCHOOL TAX DISBURSEMENT
   5,061.13-        0.00       0.00    5061.13-
                                       2057.54-   NEW PRINCIPAL/ESCROW BALANCES
12-04-09  00-00   631   PROPERTY PRESERVATION
      20.00         0.00       0.00       0.00
11-30-09  00-00   631   PROPERTY PRESERVATION
      85.00         0.00       0.00       0.00
11-03-09  00-00   631   PROPERTY PRESERVATION
      20.00         0.00       0.00       0.00
10-09-09  00-00   601   MISC. CORPORATE DISBURSEMENT
      95.00         0.00       0.00       0.00
09-16-09  05-09   152   LATE CHARGE ASSESSMENT
       0.00         0.00       0.00       0.00    81.17-1 LATE CHARGE
08-17-09  05-09   152   LATE CHARGE ASSESSMENT
       0.00         0.00       0.00       0.00    81.17-1 LATE CHARGE
07-16-09  05-09   152   LATE CHARGE ASSESSMENT
       0.00         0.00       0.00       0.00    81.17-1 LATE CHARGE
```

```
                         U.S. BANK HOME MORTGAGE
                              P.O. BOX 20005
                      OWENSBORO, KENTUCKY  42304-0005


                     CUSTOMER ACCOUNT ACTIVITY STATEMENT            DATE 10/04/10
REQ BY OXY                                                          PAGE     4



DANTE HALL
LOAN NUMBER: ███████████


                  ACTIVITY FOR PERIOD 01/01/08 - 10/01/10
PROCESS     DUE     TRANSACTION           TRANSACTION               EFFECTIVE DATE
DATE        DATE    CODE                  DESCRIPTION               OF TRANSACTION
------------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/           ESCROW PAID/  -------------OTHER-------------
     AMOUNT        BALANCE     INTEREST   BALANCE    AMOUNT    CODE/DESCRIPTION
------------------------------------------------------------------------------------
06-16-09   05-09    152   LATE CHARGE ASSESSMENT
         0.00          0.00        0.00        0.00        81.17-1 LATE CHARGE
05-18-09   05-09    152   LATE CHARGE ASSESSMENT
         0.00          0.00        0.00        0.00        81.17-1 LATE CHARGE
04-29-09   05-09    351   HAZARD INSURANCE DISBURSEMENT
     2,918.00-         0.00        0.00    2918.00-
                                           3003.59        NEW PRINCIPAL/ESCROW BALANCES
04-24-09   05-09    175   PRINCIPAL PAYMENT
        53.18         53.18        0.00        0.00
                  346,321.58                              NEW PRINCIPAL/ESCROW BALANCES
04-24-09   04-09    172   PAYMENT
     3,046.82          0.00    1,623.63    1342.01        81.18 1 LATE CHARGE
                                           5921.59        NEW PRINCIPAL/ESCROW BALANCES
04-16-09   04-09    152   LATE CHARGE ASSESSMENT
         0.00          0.00        0.00        0.00        81.18-1 LATE CHARGE
03-09-09   04-09    175   PRINCIPAL PAYMENT
        34.20         34.20        0.00        0.00
                  346,374.76                              NEW PRINCIPAL/ESCROW BALANCES
03-09-09   03-09    172   PAYMENT
     2,965.80          0.00    1,623.79    1342.01
                                           4579.58        NEW PRINCIPAL/ESCROW BALANCES
02-05-09   03-09    175   PRINCIPAL PAYMENT
        34.04         34.04        0.00        0.00
                  346,408.96                              NEW PRINCIPAL/ESCROW BALANCES
02-05-09   02-09    172   PAYMENT
     2,965.96          0.00    1,623.95    1342.01
                                           3237.57        NEW PRINCIPAL/ESCROW BALANCES
01-05-09   02-09    175   PRINCIPAL PAYMENT
        33.88         33.88        0.00        0.00
                  346,443.00                              NEW PRINCIPAL/ESCROW BALANCES
01-05-09   01-09    172   PAYMENT
     2,966.12          0.00    1,624.11    1342.01
                                           1895.56        NEW PRINCIPAL/ESCROW BALANCES
12-17-08   01-09    312   COUNTY TAX DISBURSEMENT
     3,951.15-         0.00        0.00    3951.15-
                                            553.55        NEW PRINCIPAL/ESCROW BALANCES
```

```
                       U.S. BANK HOME MORTGAGE
                            P.O. BOX 20005
                    OWENSBORO, KENTUCKY  42304-0005


                    CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 10/04/10
REQ BY OXY                                                       PAGE     1


DANTE HALL                       THE BELOW ACTIVITY IS A HISTORY OF ALL
14727 PLACID POINT               TRANSACTIONS THAT HAVE OCCURRED ON YOUR
HUMBLE              TX 77396     ACCOUNT. PLEASE CONTACT OUR CUSTOMER
                                 SERVICE CENTER SHOULD YOU HAVE QUESTIONS.


LOAN NUMBER:  ■■■■■■■■
******************************************************************************
------------------------- CURRENT ACCOUNT INFORMATION -------------------------
  DATE          TOTAL       PRINCIPAL       LOAN         CURRENT
 PAYMENT       PAYMENT      & INTEREST    INTEREST      PRINCIPAL       ESCROW
   DUE         AMOUNT        PAYMENT        RATE         BALANCE        BALANCE
 05-01-09     3,124.17      1,623.38      5.62500       346,321.58    11,422.24-
******************************************************************************
                  ACTIVITY FOR PERIOD 01/01/08 - 10/01/10
  PROCESS    DUE      TRANSACTION           TRANSACTION             EFFECTIVE DATE
   DATE      DATE        CODE               DESCRIPTION             OF TRANSACTION
-------------------------------------------------------------------------------
   TRANSACTION    PRIN. PAID/      ESCROW PAID/    ------------OTHER-------------
     AMOUNT       BALANCE     INTEREST    BALANCE    AMOUNT  CODE/DESCRIPTION
-------------------------------------------------------------------------------
 07-19-10  00-00   601   MISC. CORPORATE DISBURSEMENT
        95.00        0.00        0.00       0.00
 05-20-10  00-00   632   STATUTORY EXPENSES
        16.00        0.00        0.00       0.00
 05-20-10  00-00   632   STATUTORY EXPENSES
         2.00        0.00        0.00       0.00
 05-20-10  00-00   632   STATUTORY EXPENSES
         2.00        0.00        0.00       0.00
 05-20-10  00-00   632   STATUTORY EXPENSES
        59.54        0.00        0.00       0.00
 05-20-10  00-00   632   STATUTORY EXPENSES
        59.54        0.00        0.00       0.00
 05-20-10  00-00   632   STATUTORY EXPENSES
        59.54        0.00        0.00       0.00
 05-20-10  00-00   632   STATUTORY EXPENSES
         2.00        0.00        0.00       0.00
 05-20-10  00-00   632   STATUTORY EXPENSES
         5.90        0.00        0.00       0.00
 05-20-10  00-00   632   STATUTORY EXPENSES
         5.90        0.00        0.00       0.00
 05-20-10  00-00   632   STATUTORY EXPENSES
         3.24        0.00        0.00       0.00
 05-20-10  00-00   632   STATUTORY EXPENSES
         5.90        0.00        0.00       0.00
```

```
                    U.S. BANK HOME MORTGAGE
                         P.O. BOX 20005
                   OWENSBORO, KENTUCKY  42304-0005



                 CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 10/04/10
REQ BY OXY                                                        PAGE    2


DANTE HALL
LOAN NUMBER:

                ACTIVITY FOR PERIOD 01/01/08 - 10/01/10
PROCESS    DUE    TRANSACTION           TRANSACTION            EFFECTIVE DATE
DATE       DATE   CODE                  DESCRIPTION            OF TRANSACTION
-------------------------------------------------------------------------------
    TRANSACTION   PRIN. PAID/        ESCROW PAID/    ------------OTHER-----------
    AMOUNT        BALANCE    INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
-------------------------------------------------------------------------------
05-20-10  00-00   632  STATUTORY EXPENSES
     3.24          0.00       0.00      0.00
05-20-10  00-00   632  STATUTORY EXPENSES
    25.00          0.00       0.00      0.00
05-20-10  00-00   632  STATUTORY EXPENSES
    25.00          0.00       0.00      0.00
05-20-10  00-00   632  STATUTORY EXPENSES
    25.00          0.00       0.00      0.00
05-20-10  00-00   632  STATUTORY EXPENSES
    25.00          0.00       0.00      0.00
05-20-10  00-00   632  STATUTORY EXPENSES
    20.00          0.00       0.00      0.00
05-20-10  00-00   632  STATUTORY EXPENSES
     2.00          0.00       0.00      0.00
05-20-10  00-00   632  STATUTORY EXPENSES
    59.54          0.00       0.00      0.00
05-20-10  00-00   632  STATUTORY EXPENSES
   178.61          0.00       0.00      0.00
05-20-10  00-00   632  STATUTORY EXPENSES
     3.24          0.00       0.00      0.00
05-20-10  00-00   632  STATUTORY EXPENSES
     3.24          0.00       0.00      0.00
05-20-10  00-00   630  ATTORNEY ADVANCES
 1,290.00          0.00       0.00      0.00
04-30-10  05-09   161  ESCROW ADVANCE
 2,918.00          0.00       0.00   2918.00
04-30-10  05-10   351  HAZARD INSURANCE DISBURSEMENT
 2,918.00-         0.00       0.00   2918.00-
                                    11422.24-   NEW PRINCIPAL/ESCROW BALANCES
04-27-10  00-00   631  PROPERTY PRESERVATION
    20.00          0.00       0.00      0.00
03-30-10  00-00   631  PROPERTY PRESERVATION
    20.00          0.00       0.00      0.00
03-04-10  00-00   631  PROPERTY PRESERVATION
    20.00          0.00       0.00      0.00
01-29-10  00-00   631  PROPERTY PRESERVATION
    20.00          0.00       0.00      0.00
```

```
                         U.S. BANK HOME MORTGAGE
                              P.O. BOX 20005
                      OWENSBORO, KENTUCKY  42304-0005


                       CUSTOMER ACCOUNT ACTIVITY STATEMENT           DATE 10/04/10
REQ BY OXY                                                           PAGE    5


DANTE HALL
LOAN NUMBER:  ▓▓▓▓▓▓▓▓▓

                ACTIVITY FOR PERIOD 01/01/08 - 10/01/10
PROCESS    DUE     TRANSACTION          TRANSACTION                  EFFECTIVE DATE
DATE       DATE    CODE                 DESCRIPTION                  OF TRANSACTION
-----------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/           ESCROW PAID/  ------------OTHER-------------
     AMOUNT       BALANCE    INTEREST    BALANCE     AMOUNT   CODE/DESCRIPTION
-----------------------------------------------------------------------------------
12-10-08  01-09   317   LIEN DISBURSEMENT
   4,135.28-        0.00       0.00    4135.28-
                                       4504.70      NEW PRINCIPAL/ESCROW BALANCES
12-10-08  01-09   314   SCHOOL TAX DISBURSEMENT
   6,349.12-        0.00       0.00    6349.12-
                                       8639.98      NEW PRINCIPAL/ESCROW BALANCES
12-08-08  12-08   172   PAYMENT
   2,966.12        0.00     1,624.11    1342.01
                                       14989.10     NEW PRINCIPAL/ESCROW BALANCES
11-07-08  12-08   175   PRINCIPAL PAYMENT
      33.72       33.72       0.00       0.00
               346,476.88                           NEW PRINCIPAL/ESCROW BALANCES
11-07-08  11-08   172   PAYMENT
   2,966.28        0.00     1,624.27    1342.01
                                       13647.09     NEW PRINCIPAL/ESCROW BALANCES
10-08-08  11-08   175   PRINCIPAL PAYMENT
      33.56       33.56       0.00       0.00
               346,510.60                           NEW PRINCIPAL/ESCROW BALANCES
10-08-08  10-08   172   PAYMENT
   2,966.44        0.00     1,624.43    1342.01
                                       12305.08     NEW PRINCIPAL/ESCROW BALANCES
10-07-08  00-00   601   MISC. CORPORATE DISBURSEMENT
      95.00        0.00       0.00       0.00
09-16-08  10-08   173   PAYMENT
      12.00        0.00       0.00       0.00        12.00 V JUST IN TIME FEE
09-16-08  10-08   172   PAYMENT
      60.00        0.00       0.00       0.00        60.00 5 PROPERTY INSPECTION
09-16-08  09-08   172   PAYMENT
       0.00        0.00     1,624.43    1342.01
                                       10963.07     NEW PRINCIPAL/ESCROW BALANCES
09-16-08  08-08   172   PAYMENT
       0.00        0.00     1,624.43    1342.01
                                        9621.06     NEW PRINCIPAL/ESCROW BALANCES
09-16-08  07-08   172   PAYMENT
       0.00        0.00     1,624.43    1342.01
                                        8279.05     NEW PRINCIPAL/ESCROW BALANCES
```

```
                         U.S. BANK HOME MORTGAGE
                             P.O. BOX 20005
                      OWENSBORO, KENTUCKY  42304-0005



                    CUSTOMER ACCOUNT ACTIVITY STATEMENT            DATE 10/04/10
REQ BY OXY                                                         PAGE    6



DANTE HALL
LOAN NUMBER:  ▓▓▓▓▓▓▓▓▓

                ACTIVITY FOR PERIOD 01/01/08 - 10/01/10
PROCESS    DUE      TRANSACTION            TRANSACTION               EFFECTIVE DATE
DATE       DATE     CODE                   DESCRIPTION               OF TRANSACTION
-------------------------------------------------------------------------------------
    TRANSACTION   PRIN. PAID/          ESCROW PAID/ -------------OTHER-------------
      AMOUNT        BALANCE    INTEREST    BALANCE      AMOUNT   CODE/DESCRIPTION
-------------------------------------------------------------------------------------
09-16-08  06-08   172   PAYMENT
    12,109.42        0.00    1,624.43    1342.01      243.66 1 LATE CHARGE
                                         6937.04             NEW PRINCIPAL/ESCROW BALANCES
08-18-08  06-08   152   LATE CHARGE ASSESSMENT
         0.00        0.00        0.00       0.00       81.22-1 LATE CHARGE
07-16-08  06-08   152   LATE CHARGE ASSESSMENT
         0.00        0.00        0.00       0.00       81.22-1 LATE CHARGE
06-16-08  06-08   152   LATE CHARGE ASSESSMENT
         0.00        0.00        0.00       0.00       81.22-1 LATE CHARGE
05-21-08  06-08   175   PRINCIPAL PAYMENT
         2.33        2.33        0.00       0.00
                  346,544.16                                 NEW PRINCIPAL/ESCROW BALANCES
05-21-08  05-08   172   PAYMENT
     3,047.67        0.00    1,624.44    1342.01       81.22 1 LATE CHARGE
                                         5595.03             NEW PRINCIPAL/ESCROW BALANCES
05-16-08  05-08   152   LATE CHARGE ASSESSMENT
         0.00        0.00        0.00       0.00       81.22-1 LATE CHARGE
04-30-08  05-08   351   HAZARD INSURANCE DISBURSEMENT
     2,457.00-       0.00        0.00    2457.00-
                                         4253.02             NEW PRINCIPAL/ESCROW BALANCES
03-17-08  05-08   175   PRINCIPAL PAYMENT
         0.02        0.02        0.00       0.00
                  346,546.49                                 NEW PRINCIPAL/ESCROW BALANCES
03-17-08  04-08   172   PAYMENT
     3,009.98        0.00    1,624.44    1385.54
                                         6710.02             NEW PRINCIPAL/ESCROW BALANCES
02-28-08  04-08   175   PRINCIPAL PAYMENT
        89.60       89.60        0.00       0.00
                  346,546.51                                 NEW PRINCIPAL/ESCROW BALANCES
02-28-08  03-08   172   PAYMENT
     3,010.40        0.00    1,624.86    1385.54
                                         5324.48             NEW PRINCIPAL/ESCROW BALANCES
02-26-08  00-00   307   ESCROW REFUND
       753.64-       0.00        0.00     753.64-
                                         3938.94             NEW PRINCIPAL/ESCROW BALANCES
02-19-08  03-08   175   PRINCIPAL PAYMENT
        89.19       89.19        0.00       0.00
                  346,636.11                                 NEW PRINCIPAL/ESCROW BALANCES
```

```
                     U.S. BANK HOME MORTGAGE
                          P.O. BOX 20005
                    OWENSBORO, KENTUCKY  42304-0005


                     CUSTOMER ACCOUNT ACTIVITY STATEMENT        DATE 10/04/10
REQ BY OXY                                                      PAGE     7


DANTE HALL
LOAN NUMBER: ▮▮▮▮▮▮▮▮


                ACTIVITY FOR PERIOD 01/01/08 - 10/01/10
PROCESS   DUE    TRANSACTION          TRANSACTION              EFFECTIVE DATE
 DATE     DATE   CODE                 DESCRIPTION              OF TRANSACTION
-------------------------------------------------------------------------------
   TRANSACTION  PRIN. PAID/          ESCROW PAID/ -------------OTHER------------
     AMOUNT      BALANCE   INTEREST    BALANCE    AMOUNT  CODE/DESCRIPTION
-------------------------------------------------------------------------------
02-19-08  02-08  172  PAYMENT
    3,010.81       0.00    1,625.27   1385.54
                                      4692.58    NEW PRINCIPAL/ESCROW BALANCES
01-15-08  02-08  173  PAYMENT
       12.00       0.00        0.00      0.00     12.00  V JUST IN TIME FEE
01-15-08  01-08  172  PAYMENT
    3,020.28       0.00    1,625.27   1395.01
                                      3307.04    NEW PRINCIPAL/ESCROW BALANCES
```

```
15151-721                                                                                                    T13 12/30/05
                                                                                                             PAGE  49053
                                                                                                      ARM PLAN 5109
LN#  [REDACTED]     DANCE HALL                                                                          EMP 0    POPC
                                          707 W 16TH ST           KANSAS CITY       MO 64108

1ST MTGE PRIN  2ND MTGE PRIN   ESC BAL     REST ESC    SUSPENSE     ADV BAL   REPL RES  HUD BAL    LC BAL   INT DUE DUE DATE  HUD PRT OF M
  346,852.52          .00         .00         .00          .00    4,682.03       .00      .00       .00       .00 01-01-06    .00 99 5

  P & I 1ST  P&I 2ND   CO TAX  CITY TAX    HAZ INS    M I P      LIEN    BSC   A & H    LIFE       MISC     REP RES  TOT PAYMT  INT RATE DT BM
  1625.87       .00    884.26     .00      185.67      .00       .01    .00    .00 0   .00 0      .00 0      .00     2695.61  .0662500  1 6

    1ST ORIG MTG   2ND ORIG MTG      PRIN BAL BEG   INT IND  CAP FLAG   MTGR SSN      DEF INT BAL  PRIOR YR PPD INT  PPD INT IND  GPM ORG
        347,000            0          347,000.00       2              [REDACTED]         0.00          0.00             0           0

ASSUM-DT XFER-DEED FHA-SEC/NUM    LIP PAYOFF FC-TRK-SW YE-ACQ-RPT/DATE   SALE-ID EXEMPT PLGD-LN PMT-OPT CALC-METH ELOC BNKRPCY CH/DT


PMT PERIOD  1098-DET-HIST  POINTS-PAID/RPTG YR  SUPPR-MICR-STMT  DI-NOT-RPT-YR  REAS CAUS  RI-HDR-SW  1ST-DUE-DT  REO STAT/COMPL DT
    12            N               .00                                                                    07-05

IOE CREDIT YTD/W-H SW/W-H BALANCE    IORE CREDIT YTD/W-H SW/W-H BALANCE   CONSTR CD   NO PURGE FLAG/YR   BNKRPT STAT   LAST DEF DUE
      .00              .00                 .00                 .00                                                        06-35

REC CORP ADV BAL   3RD REC CORP ADV BAL    FORECL WKST CODE/REINSTATE DATE   INIT ESC STMT CODE / DATE    LOSS MIT STATUS/COMPL DATE
      .00                 .00                                                       S      06-13-05

DUE    PROC   TP  SQ   AMOUNT    PRINCIPAL   PRINCIPAL   INTEREST   ESCROW    ESCROW    ADVANCE   STATUS    STATUS    UNEARNED    OTHER    CFD
DATE   DATE   TR  NO   RECEIVED  PAID        BALANCE     PAID       PAID      BALANCE   BALANCE   AMOUNT    BALANCE   INT-BAL.    AMOUNTS  RCT
BAL-FWD                                      347000.00                         .00       .00                  .00       .00
07-05 05-24 1 42 1        .00   347000.00-  347000.00       .00        .00      .00       .00       .00       .00       .00                  1
                                                                                        BATCH   1  EDIT-SEQ 045358
06-05 05-24 1 70 2     3851.58         .00   347000.00   641.76    3209.82   3209.82     .00       .00       .00       .00                   1
                                                                                                                                   05-20-05 L
                                                                                                                                     28.52 AA
                                                                                        BATCH 9IE EDIT-SEQ 045363 ACTION 0001
07-05 07-18 1 52 1        .00         .00    347000.00      .00       .00    3209.82     .00       .00       .00       .00         81.33- 11
07-05 08-16 1 52 1        .00         .00    347000.00      .00       .00    3209.82     .00       .00       .00       .00         81.33- 11
07-05 09-16 1 52 1        .00         .00    347000.00      .00       .00    3209.82     .00       .00       .00       .00         81.33- 11
07-05 09-29 1 73 1      243.99         .00   347000.00      .00       .00    3209.82     .00       .00       .00       .00        243.99  11
                                                                                        BATCH 57Z EDIT-SEQ 116668
07-05 09-29 1 73 2       19.00         .00   347000.00      .00       .00    3209.82     .00       .00       .00       .00         19.00  51
                                                                                        BATCH 57Z EDIT-SEQ 116669
07-05 09-29 1 73 3     2696.51         .00   347000.00  1626.57   1069.94    4279.76     .00       .00       .00       .00                   1
                                                                                                                                   09-29-05 L
                                                                                                                                     72.29 AA
                                                                                        BATCH 57Z EDIT-SEQ 116670
08-05 09-29 1 73 4     2696.51         .00   347000.00  1626.57   1069.94    5349.70     .00       .00       .00       .00                   1
                                                                                                                                   09-29-05 L
                                                                                                                                     72.29 AA
                                                                                        BATCH 57Z EDIT-SEQ 116671
09-05 09-29 1 73 5     2696.51         .00   347000.00  1626.57   1069.94    6419.64     .00       .00       .00       .00                   1
                                                                                                                                   09-29-05 L
                                                                                                                                     72.29 AA
                                                                                        BATCH 57Z EDIT-SEQ 116672
10-05 09-29 1 73 6      147.48      147.48   346852.52      .00       .00    6419.64     .00       .00       .00       .00                   1
                                                                                                                                   09-29-05 L
                                                                                        BATCH 57Z EDIT-SEQ 116673
10-05 11-10 1 73 1     5391.62         .00   346852.52  1625.87   1069.94    7489.58     .00       .00       .00       .00                   1
```

```
I5151-721                                                                                                    T13 12/30/05
LOAN-NO (CONT\D)                                                                                             PAGE  49054

LN#              DANTE HALL                                                                         EMP 2    POFO

DUE   PROC  TP  SQ    AMOUNT   PRINCIPAL  PRINCIPAL  INTEREST  ESCROW   ESCROW    ADVANCE  STATUS   STATUS   UNEARNED   OTHER   CFD
DATE  DATE  TR  NO    RECEIVED PAID       BALANCE    PAID      PAID     BALANCE   BALANCE  AMOUNT   BALANCE  INT-BAL.   AMOUNTS DCT
                                                                                                                        11-10-05 L
                                                                                                                          72.26 AA
                                                                                   BATCH 868 EDIT-SEQ 142030
11-05 11-10 1 73  2      .00       .00    346852.52  1625.87  1069.94  8559.52       .00     .00       .00      .00              1
                                                                                                                        11-10-05 L
                                                                                                                          72.26 AA
                                                                                   BATCH 868 EDIT-SEQ 142030
01-06 11-28 3 14  1   CHECK #WIRE                             6640.54- 1918.98     PAYEE CD 422011448E
12-05 12-01 1 71  1   2695.81      .00    346852.52  1625.87  1069.94  2988.92       .00     .00       .00      .00              1
                                                                                                                        12-01-05 L
                                                                                                                          72.26 AA
                                                                                   BATCH 901 EDIT-SEQ 999999
01-06 12-13 3 12  1   CHECK #WIRE                             3166.89-  179.97-    PAYEE CD 42201
01-06 12-13 1 61  2    179.97      .00    346852.52     .00    179.97     .00     179.97     .00       .00      .00              1
01-06 12-19 3 17  1   CHECK #WIRE                             4502.06- 4502.06-    PAYEE CD 422010098W
01-06 12-19 1 61  2   4502.06      .00    346852.52     .00   4502.06     .00    4682.03     .00       .00      .00              1

REQ-BY TOTALS     25,121.04                        10,399.08                                 .00                481.17
Y/E                            147.48                         14,311.49
```

OTHER AMOUNT CODES:
A=FHA-PENALTY      G=SER-INTEREST-PAID TO POOL   K=INT-DUE-PD           P=ACCRUED-IOE/IORE     U=REAPPLICATION-FEE      Y=HUD-FUND
B=BSC              H=FEE-AMT                     L=PD-THRU-DT           R=UE-INT-AMT           V=ESCROW-ADVANCE         Z=RESTRICTED-ESCROW
C=235-FEE          I=A-H-PD                      M=ADVANCE-EFF-DATE     S=CR-LIFE-AMT          W=SUSPENSE               DI=DEFERRED-INT-BAL
F=MISC             J=LIFE-PD                     N=ADVANCE-MEMO-AMT     T=ORIG-FEE-AMT         X=REPLACEMENT-RESERVE
AA=SER-FEE-PD  AB=DEFERRED-INT-PD       AC=LIFE-DEF-INT-PD   AD=CHECK-NO   AE=DEFERRED-INT-LTD-PD   AF=LIFE-DEFERRED-INT-LTD-PD
AG=SUB-CODE    AJ=DEF-INT-ADJ-FLAG  AK=ADV-AMT-RECD  AL=TRAN-SOURCE  AM=IOC-SPEC-INT-PD  AN=NON-REC-CORP-ADV  AP=DATE-STAMP  AQ=TIME-STAMP
AR=MTGR-REC-CORP-ADV  AS=PREV-POSTED  AT=3RD-REC-CORP-ADV  AY=ADJ YE 1098 IND  AZ=CHOICES-PD
FEE CODES:    1=LATE-CHARGE   2=BAD-CK-FEE   3=CHG-OWNER   $=ELOC-FEE

Case 10-33713 Document 67-4 Filed in TXSB on 10/12/10 Page 10 of 16

```
15151-721                    U.S. BANK NA                      LOAN HISTORY Y-T-D INV 101 CAT 003 INV# XXXXX 5 T13 12/30/06
                                                                                                          PAGE  87736
LN#  XXXXXXX  DANTE HALL                                                                             ARM PLAN 5109
                                          707 W 16TH ST              KANSAS CITY          MO 64108       EXP 0   PCFC

1ST MTGE PRIN  2ND MTGE PRIN   ESC BAL    REST ESC    SUSPENSE    ADV BAL    REPL RES   HUD BAL    LC BAL   INT DUE DUE DATE HUD PRT OF M
   346,852.46          .00        .00         .00         .00   1,130.36         .00       .00       .00       .00 01-01-07    .00 99 5

 P & I 1ST  P&I 2ND    CO TAX  CITY TAX   HAZ INS     M I P      LIEN    BSC  A & H    LIFE       MISC     REP RES  TOT PAYMT INT RATE DT BM
 1625.87      .00      264.07    .00      185.67       .00      928.55 .00   .00 0    .00 0      .00 0      .00      3611.97 .0362500  1 9
 OVER/SHORT AMT        607.81

   1ST ORIG MTG  2ND ORIG MTG        PRIN BAL BEG  INT IND   CAP FLAG   MTGR SSN       DEF INT BAL   PRIOR YR PPD INT   PPD INT IND   GPM ORG
      347,000         0                346,852.52     2                 4XXXXXXXX         0.00             0.00             0             0

ASSUM-DT  XFER-DEED  FHA-SEC/NUM       LJP PAYOFF  FC-TRK-SW  YE-ACQ-RPT/DATE     SALE-ID  EXEMPT  PLGD-LN  PMT-OPT  CALC-METH  ELOC  BNKRPCY CH/DT


PMT PERIOD  1098-DEC-HIST  POINTS-PAID/RPTG YR  SUPPR-MICR-STMT  DI-NOT-RPT-YR  REAS CAUS  RI-HDR-SW  1ST-DUE-DT     REG STAT/COMPL DT
   12           N              .00                                                                     07-05

IOE CREDIT YTD/W-H  SW/W-H BALANCE   IORE CREDIT YTD/W-H  SW/W-H BALANCE   CONSTR CD   NO PURGE FLAG/YR    BNKRPT STAT   LAST DEF DUE
      .00                .00              .00                 .00                                                          06-85

REC CORP ADV BAL   3RD REC CORP ADV BAL    FORECL WKST CODE/REINSTATE DATE    INIT ESC STMT CODE / DATE     LOSS MIT STATUS/COMPL DATE
      .00                 .00                                                       9          06-13-06

DUE    PROC   TP SQ   AMOUNT    PRINCIPAL  PRINCIPAL  INTEREST  ESCROW    ESCROW   ADVANCE    STATUS    STATUS    UNEARNED     OTHER   CFD
DATE   DATE   TR NO   RECEIVED    PAID      BALANCE    PAID      PAID    BALANCE   BALANCE    AMOUNT    BALANCE   INT-BAL.    AMOUNTS  DCT
BAL-FWD                                     346852.52                                .00      4682.03               .00         .00
01-06  01-03  1 71  1  2695.81      .00     346852.52  1625.87  1069.94  1069.94    4682.03              .00        .00                  1
                                                                                                                                     01-03-06 L
                                                                                                       BATCH 901 EDIT-SEQ 999999      72.26 AA

01-06  01-03  1 68  2     .00       .00     346852.52     .00   1069.94-    .00     3612.09              .00        .00                  1
                                                                                                       BATCH 901 EDIT-SEQ 999999     1069.94 V

02-06  02-01  1 71  1  2695.81      .00     346852.52  1625.87  1069.94  1069.94    3612.09              .00        .00                  1
                                                                                                                                     02-01-06 L
                                                                                                       BATCH 901 EDIT-SEQ 999999      72.26 AA

02-06  02-01  1 68  2     .00       .00     346852.52     .00   1069.94-    .00     2542.15              .00        .00                  1
                                                                                                       BATCH 901 EDIT-SEQ 999999     1069.94 V

03-06  03-01  1 71  1  2695.81      .00     346852.52  1625.87  1069.94  1069.94    2542.15              .00        .00                  1
                                                                                                                                     03-01-06 L
                                                                                                       BATCH 901 EDIT-SEQ 999999      72.26 AA

03-06  03-01  1 68  2     .00       .00     346852.52     .00   1069.94-    .00     1472.21              .00        .00                  1
                                                                                                       BATCH 901 EDIT-SEQ 999999     1069.94 V

04-06  04-03  1 71  1  2695.81      .00     346852.52  1625.87  1069.94  1069.94    1472.21              .00        .00                  1
                                                                                                                                     04-03-06 L
                                                                                                       BATCH 901 EDIT-SEQ 999999      72.26 AA

04-06  04-03  1 68  2     .00       .00     346852.52     .00   1069.94-    .00      402.27              .00        .00                  1
                                                                                                                                     1069.94 V
                                                                                                       BATCH 901 EDIT-SEQ 999999     1069.94 V
```

```
I5151-721                       U.S. BANK NA              LOAN HISTORY Y-T-D INV 101 CAT 003 INV# [REDACTED]   I13 12/30/06
LOAN-NO (CONT\D)                                                                                                  PAGE 87737

LN#   [REDACTED]     DANTE HALL                                                                             EMP 0   F0F0

DUE   PROC   TP  SQ   AMOUNT      PRINCIPAL   PRINCIPAL   INTEREST   ESCROW     ESCROW    ADVANCE   STATUS    STATUS    UNEARNED    OTHER    CFD
DATE  DATE   TR  NO   RECEIVED    PAID        BALANCE     PAID       PAID       BALANCE   BALANCE   AMOUNT    BALANCE   INT-BAL.    AMOUNTS  DCT
05-06 05-01 1 71  1   3611.97      .00        346852.52   1625.87    1986.10    1986.10   402.27    .00       .00       .00
                                                                                                                                  05-01-06 L
                                                                                                                                  72.26 AA

                                                                                         BATCH 901 EDIT-SEQ 999999
05-06 05-01 1 68  2    .00         .00        346852.52    .00       402.27-    1583.83    .00      .00       .00       .00               1
                                                                                                                                  402.27 V

                                                                                         BATCH 901 EDIT-SEQ 999999
05-06 05-04 3 51  1   CHECK #748187                                  2228.00-   644.17-             PAYEE CD 7A020
06-06 05-04 1 61  2    644.17      .00        346852.52    .00        644.17      .00     644.17    .00       .00       .00               1
06-06 06-08 1 73  1   3620.00      .00        346852.52   1625.87    1994.13    1994.13   644.17    .00       .00       .00               1
                                                                                                                                  06-08-06 L
                                                                                                                                  72.26 AA

                                                                                         BATCH 40F EDIT-SEQ 233219
06-06 06-08 1 68  2    .00         .00        346852.52    .00        644.17-   1349.96    .00      .00       .00       .00               1
                                                                                                                                  644.17 V

                                                                                         BATCH 40F EDIT-SEQ 233219
07-06 07-17 1 52  1    .00         .00        346852.52    .00         .00      1349.96    .00      .00       .00       .00       81.29- 11
07-06 08-16 1 52  1    .00         .00        346852.52    .00         .00      1349.96    .00      .00       .00       .00       81.29- 11
07-06 09-13 1 73  1   11000.00     .00        346852.52   1625.87    1987.61    3337.57    .00      .00       .00       .00       162.58  11
                                                                                                                                  09-13-06 L
                                                                                                                                  72.26 AA

                                                                                         BATCH 5JH EDIT-SEQ 264417
08-06 09-13 1 73  2    .00         .00        346852.52   1625.87    1986.10    5323.67    .00      .00       .00       .00               1
                                                                                                                                  09-13-06 L
                                                                                                                                  72.26 AA

                                                                                         BATCH 5JH EDIT-SEQ 264417
09-06 09-13 1 73  3    .00         .00        346852.52   1625.87    1986.10    7309.77    .00      .00       .00       .00               1
                                                                                                                                  09-13-06 L
                                                                                                                                  72.26 AA

                                                                                         BATCH 5JH EDIT-SEQ 264417
10-06 10-16 1 72  1   3626.97      .00        346852.52   1625.87    1986.10    9295.87    .00      .00       .00       .00       15.00  S1
                                                                                         MPL-ID GLBL
                                                                                                                                  10-16-06 L
                                                                                                                                  72.26 AA

                                                                                         BATCH 863 EDIT-SEQ 481081
11-06 11-14 1 72  1   3611.97      .00        346852.52   1625.87    1986.10    11281.97   .00      .00       .00       .00               1
                                                                                         MPL-ID GLBL
                                                                                                                                  11-14-06 L
                                                                                                                                  72.26 AA

                                                                                         BATCH 609 EDIT-SEQ 043417
12-06 11-14 1 75  2    .03         .03        346852.49    .00         .00      11281.97   .00      .00       .00       .00               1
                                                                                         MPL-ID GLBL
                                                                                                                                  11-14-06 L

                                                                                         BATCH 609 EDIT-SEQ 043417
01-07 11-28 3 14  1   CHECK #WIRE                                    6375.03-   4903.94            PAYEE CD 422011449E
01-07 12-04 3 12  1   CHECK #WIRE                                    3470.22-   1433.72            PAYEE CD 42201
01-07 12-13 3 17  1   CHECK #WIRE                                    4550.19-   3116.46-           PAYEE CD 422010098W
12-06 12-13 1 61  2   3116.46      .00        346852.49    .00       3116.46     .00      3116.46   .00       .00       .00               1
12-06 12-14 1 73  1   3611.97      .00        346852.49   1625.87    1986.10    1986.10   3116.46   .00       .00       .00               1
                                                                                                                                  12-14-06 L
                                                                                                                                  72.26 AA
                                                                                         BATCH 50F EDIT-SEQ 249089              72.26 AA
```

```
I5151-721                        U.S. BANK NA                    LOAN HISTORY Y-T-D INV 101 CAT 003 INV#▓▓▓▓▓▓   P13 12/30/06
LOAN-NO (CONT\D)                                                                                                   PAGE  87738

LN#   9▓▓▓▓▓▓▓    DANTE HALL                                                                                     EMP 0   POFO

 DUE  PROC  TP SQ   AMOUNT    PRINCIPAL  PRINCIPAL  INTEREST   ESCROW    ESCROW   ADVANCE   STATUS   STATUS   UNEARNED   OTHER  OFD
 DATE DATE  TR NO  RECEIVED     PAID      BALANCE     PAID      PAID    BALANCE   BALANCE   AMOUNT   BALANCE  INT-BAL.  AMOUNTS DCT
 12-06 12-14 1 68 2    .00       .00    346852.49      .00    1986.10-    .00     1130.36    .00      .00       .00              1
                                                                                                                       1986.10 V
                                                                                        BATCH 50F EDIT-SEQ 249089
 01-07 12-14 1 75 3    .03       .03    346852.46      .00       .00      .00     1130.36    .00      .00       .00              1
                                                                                                                       12-14-06 L
                                                                                        BATCH 50F EDIT-SEQ 249089


 REQ-BY TOTALS       43,626.81                        19,513.44                              .00                         8,194.42
 Y/E                                .06                           16,626.43


OTHER AMOUNT CODES:
A=FHA-PENALTY    G=SER=INTEREST-PAID TO POOL   K-INT-DUE-PD        P=ACCRUED-IOB/IORB     U-REAPPLICATION-FEE     Y=HUD-FUND
B=BSC            H=FEE-AMT                     L-PD-THRU-DT        R=UE-INT-AMT           V=ESCROW-ADVANCE        Z=RESTRICTED-ESCROW
C=235-FEE        I=A-H-PD                      M=ADVANCE-EFF-DATE  S=CR-LIFE-AMT          W=SUSPENSE              DI=DEFERRED-INT-BAL
F=MISC           J=LIFE-PD                     N=ADVANCE-MEMO-AMT  T=ORIG-FEE-AMT         X=REPLACEMENT-RESERVE
AA=SER-FEE-PD    AB=DEFERRED-INT-PD            AC=LIFE-DEF-INT-PD  AD=CHECK-NO  AE=DEFERRED-INT-LTD-PD  AF=LIFE-DEFERRED-INT-LTD-PD
AG=SUB-CODE      AJ=DEF-INT-ADJ-FLAG  AK=ADV-AMT-RECD  AL=TRAN-SOURCE  AM=IOC-SPEC-INT-PD  AN=NON-REC-CORP-ADV  AP=DATE-STAMP  AQ=TIME-
STAMP  AR=MICR-REC-CORP-ADV  AS=PREV-POSTED  AT=3RD-REC-CORP-ADV  AY=ADJ YE 1098 IND  AZ=CHOICES-PD
FEE CODES:     1=LATE-CHARGE  2=BAD-CK-FEE  3=CHG-OWNER  $=ELOC-FEEY=ADJ YE 1098 IND  AZ=CHOICES-PD
```

```
I5151-721                     U.S. BANK NA                      LOAN HISTORY Y-T-D INV 101 CAT 003 INV#              T13 12/31/07
                                                                                                                      PAGE  45652
                                                                                                      ARM PLAN 5109
LN#            DANTE HALL                                                                                  EMP 0    POF0
                                              707 W 16TH ST           KANSAS CITY         MO 64109

 1ST MTGE PRIN 2ND MTGE PRIN  ESC BAL    REST ESC     SUSPENSE    ADV BAL    REPL RES   HUD BAL    LC BAL   INT DUE DUE DATE HUD PRT OF M
    346,726.30           .00  1912.03         .00          .00        .00         .00       .00       .00       .00 01-01-08     .00 99 5

  P & I 1ST   P&I 2ND    CO TAX  CITY TAX   HAZ INS   M I P    LIEN     BSC   A & H    LIFE      MISC      REP RES TOT PAYMT INT RATE DT BM
   1625.27       .00    289.19        .00    185.67    .00   910.68    .00    .00 0    .00 0     .00 0        .00    3020.28 .0562500 1 9
 OVER/SHORT AMT          9.47

  1ST ORIG MTG   2ND ORIG MTG        PRIN BAL BEG   INT IND   CAP FLAG  MTGR SSN        DEF INT BAL  PRIOR YR PPD INT  PPD INT IND  GEM ORG
      347,000              0           346,852.46      2                                      0.00              0.00          0           0

 ASSUM-DT XFER-DEED FHA-SEC/NUM      LIP PAYOFF FC-TRK-SW YE-ACQ-RPT/DATE    SALE-ID EXEMPT PLGD-LN PMT-OPT CALC-METH ELOC BNKRPCY CH/DT


 PMT PERIOD  1098-DET-HIST  POINTS-PAID/RPTG YR  SUPPR-MICR-STMT  DT-NOT-RPT-YR  REAS CAUS  RI-HDR-SW  1ST-DUE-DT    REO STAT/COMPL DT
    12           N                  .00                                                                 07-05

 ICB CREDIT YTD/W-H SW/W-H BALANCE   TORE CREDIT YTD/W-H SW/W-H BALANCE   CONSTR CD   NO PURGE FLAG/YR   BNKRPT STAT   LAST DEF DUE
            .00           .00                .00          .00                                                               06-35

 REC CORP ADV BAL    3RD REC CORP ADV BAL    FORECL WKST CODE/REINSTATE DATE    INIT ESC STMT CODE / DATE    LOSS MIT STATUS/COMPL DATE
           .00                  .00                                                      9          06-13-05

 DUE   PROC  TP SQ     AMOUNT     PRINCIPAL   PRINCIPAL   INTEREST   ESCROW    ESCROW   ADVANCE   STATUS       STATUS    UNEARNED     OTHER CFD
 DATE  DATE    TR NO   RECEIVED   PAID        BALANCE     PAID       PAID      BALANCE  BALANCE   AMOUNT       BALANCE   INT-BAL.     AMOUNTS OCT
 BAL-FWD                                      346852.46                            .00  1130.36                    .00        .00
 01-07 01-02 1 72  1   3611.97         .00    346852.46   1625.87   1986.10   1986.10   1130.36        .00         .00        .00           1
                                                                                                  MPL-ID GLBL
                                                                                                                                 01-02-07 L
                                                                                                                                    72.36 AA
                                                                                                  BATCH 627 EDIT-SEQ 135003
 01-07 01-02 1 68  2      .00          .00    346852.46       .00   1130.36-   855.74       .00        .00         .00        .00           1
                                                                                                  MPL-ID GLBL
                                                                                                                                  1130.36 V
                                                                                                  BATCH 627 EDIT-SEQ 135003
 02-07 01-02 1 75  3    38.03        38.03    346814.43       .00       .00    855.74       .00        .00         .00        .00           1
                                                                                                  MPL-ID GLBL
                                                                                                                                 01-02-07 L
                                                                                                  BATCH 627 EDIT-SEQ 135003
 02-07 02-01 1 73  1   3611.79         .00    346814.43   1625.69   1986.10   2841.84       .00        .00         .00        .00           1
                                                                                                                                 02-01-07 L
                                                                                                                                    72.25 AA
                                                                                                  BATCH 548 EDIT-SEQ 131746
 03-07 02-01 1 75  2      .21          .21    346814.22       .00       .00   2841.84       .00        .00         .00        .00           1
                                                                                                                                 02-01-07 L
                                                                                                  BATCH 548 EDIT-SEQ 131746
 03-07 03-05 1 72  1   3611.79         .00    346814.22   1625.69   1986.10   4827.94       .00        .00         .00        .00           1
                                                                                                  MPL-ID GLBL
                                                                                                                                 03-05-07 L
                                                                                                                                    72.25 AA
                                                                                                  BATCH 645 EDIT-SEQ 113506
 04-07 03-05 1 75  2    88.21        88.21    346726.01       .00       .00   4827.94       .00        .00         .00        .00           1
                                                                                                  MPL-ID GLBL
                                                                                                                                 03-05-07 L
```

```
I5151-721                        U.S. BANK NA              LOAN HISTORY Y-T-D INV 101 CAT 003 INV#           T13 12/31/07
LOAN-NO (CONT\D)                                                                                                  PAGE  45653

LN#              DANTE HALL                                                                                   -   EMP O  FOFO

 DUE   PROC   TP  SQ   AMOUNT    PRINCIPAL  PRINCIPAL  INTEREST   ESCROW     ESCROW   ADVANCE   STATUS   STATUS   UNEARNED   OTHER    CFD
 DATE  DATE   TR  NO   RECEIVED  PAID       BALANCE    PAID       PAID       BALANCE  BALANCE   AMOUNT   BALANCE  INT-BAL.   AMOUNTS  DCT
                                                                                      BATCH 645 EDIT-SEQ 113506
 04-07 04-11  1 72  1   3611.38      .00   346726.01   1625.28    1986.10    6814.04    .00        .00      .00       .00              1
                                                                                      MPL-ID GLBL
                                                                                                                          04-11-07 L
                                                                                                                            72.23 AA

                                                                                      BATCH 861 EDIT-SEQ 370955
 05-07 05-16  1 52  1    .00         .00   346726.01     .00       .00       6814.04    .00        .00      .00       .00     81.26- 11
 05-08 06-07  3 51  1   CHECK #328397                             2346.00-   4468.04             PAYEE CD 7A020
 05-07 06-18  1 52  1    .00         .00   346726.01     .00       .00       4468.04    .00        .00      .00       .00     81.26- 11
 05-07 07-16  1 52  1    .00         .00   346726.01     .00       .00       4468.04    .00        .00      .00       .00     81.26- 11
 05-07 07-24  1 73  1   9060.87      .00   346726.01   1625.28    1395.01    5863.05    .00        .00      .00       .00              1
                                                                                                                          07-24-07 L
                                                                                                                            72.23 AA

                                                                                      BATCH 868 EDIT-SEQ 159799
 06-07 07-24  1 73  2    .00         .00   346726.01   1625.28    1395.01    7258.06    .00        .00      .00       .00              1
                                                                                                                          07-24-07 L
                                                                                                                            72.23 AA

                                                                                      BATCH 868 EDIT-SEQ 159799
 07-07 07-24  1 73  3    .00         .00   346726.01   1625.28    1395.01    8653.07    .00        .00      .00       .00              1
                                                                                                                          07-24-07 L
                                                                                                                            72.23 AA

                                                                                      BATCH 868 EDIT-SEQ 159799
 08-07 08-16  1 52  1    .00         .00   346726.01     .00       .00       8653.07    .00        .00      .00       .00     81.26- 11
 08-07 09-17  1 52  1    .00         .00   346726.01     .00       .00       8653.07    .00        .00      .00       .00     81.26- 11
 08-07 10-02  1 73  1   12.00        .00   346726.01     .00       .00       8653.07    .00        .00      .00       .00     12.00  V1
                                                                                      BATCH 86A EDIT-SEQ 254379
 08-07 10-02  1 73  2   8040.58      .00   346726.01   1625.28    1395.01   10048.08    .00        .00      .00       .00              1
                                                                                                                          10-02-07 L
                                                                                                                            72.23 AA

                                                                                      BATCH 865 EDIT-SEQ 254947
 09-07 10-02  1 73  3    .00         .00   346726.01   1625.28    1395.01   11443.09    .00        .00      .00       .00              1
                                                                                                                          10-02-07 L
                                                                                                                            72.23 AA

                                                                                      BATCH 865 EDIT-SEQ 254947
 10-07 10-16  1 52  1    .00         .00   346726.01     .00       .00      11443.09    .00        .00      .00       .00     81.26- 11
 10-07 10-17  1 72  1   3020.29      .00   346726.01   1625.28    1395.01   12838.10    .00        .00      .00       .00              1
                                                                                      MPL-ID GLBL
                                                                                                                          10-17-07 L
                                                                                                                            72.23 AA

                                                                                      BATCH 863 EDIT-SEQ 347557
 11-07 10-17  1 73  2   12.00        .00   346726.01     .00       .00      12838.10    .00        .00      .00       .00     12.00  V1
                                                                                      BATCH 86C EDIT-SEQ 348310
 05-08 10-29  3 51  1   CHECK #538935                             69.00-    12769.10             PAYEE CD 7A020
 11-07 11-06  1 72  1   3507.85      .00   346726.01   1625.28    1395.01   14164.11    .00        .00      .00       .00    487.56  31
                                                                                      MPL-ID GLBL
                                                                                                                          11-06-07 L
                                                                                                                            72.23 AA

                                                                                      BATCH 862 EDIT-SEQ 229785
 12-07 11-06  1 72  2   60.00        .00   346726.01     .00       .00      14164.11    .00        .00      .00       .00     60.00  51
                                                                                      MPL-ID GLBL
                                                                                      BATCH 862 EDIT-SEQ 229785
 12-07 11-06  1 73  3   12.00        .00   346726.01     .00       .00      14164.11    .00        .00      .00       .00     12.00  V1
```

```
I5151-721                    U.S. BANK NA              LOAN HISTORY Y-T-D INV 101 CAT 003 INV4            T13 12/31/07
LOAN-NO (CONT\D)                                                                                               PAGE 45654

LN#           DANTE HALL                                                                                    EMP 0   FOFO

 DUE   PROC   TP  SQ   AMOUNT    PRINCIPAL  PRINCIPAL   INTEREST   ESCROW     ESCROW    ADVANCE   STATUS    STATUS   UNEARNED  OTHER    CFD
 DATE  DATE   TR  NO   RECEIVED  PAID       BALANCE     PAID       PAID       BALANCE   BALANCE   AMOUNT    BALANCE  INT-BAL.  AMOUNTS  DCT
                                                                                        BATCH 968 EDIT-SEQ 230039
12-07 11-27 1 72  1     3020.29     .00     346726.01   1625.28    1393.01    15559.12     .00      .00       .00      .00                1
                                                                                        MPL-ID GLBL
                                                                                                                               11-27-07 L
                                                                                                                                 72.23 AA
                                                                                        BATCH 603 EDIT-SEQ 003112
01-08 11-27 1 75  2        .71      .71     346725.30    .00        .00       15559.12     .00      .00       .00      .00                1
                                                                                        MPL-ID GLBL
                                                                                                                               11-27-07 L
                                                                                        BATCH 603 EDIT-SEQ 003112
01-08 12-14 3 12  1    CHECK #WIRE                                 3893.99-   11665.13            PAYEE CD 42201
01-08 12-14 3 14  2    CHECK #WIRE                                 5368.30-    6296.83            PAYEE CD 42201144BE
01-08 12-18 3 17  1    CHECK #WIRE                                 4384.80-    1912.03            PAYEE CD 422010098W

REQ-BY TOTALS         39,319.97              19,504.77                                              .00                      2,093.19
  Y/E                           127.16                   17,974.12

OTHER AMOUNT CODES:
A=FHA-PENALTY    G=SER-INTEREST-PAID TO POOL     K=INT-DUE-PD         P=ACCRUED-IOE/IORE    U=REAPPLICATION-FEE    Y=HUD-FUND
B=BSC            H=PRE-AMT                       L=PD-THRU-DT         R=UE-INT-AMT          V=ESCROW-ADVANCE       Z=RESTRICTED-ESCROW
C=235-FEE        I=A-H-PD                        M=ADVANCE-EFF-DATE   S=CR-LIFE-AMT         W=SUSPENSE             DI=DEFERRED-INT-BAL
F=MISC           J=LIFE-PD                       N=ADVANCE-MEMO-AMT   T=ORIG-FEE-AMT        X=REPLACEMENT-RESERVE
AA=SER-FEE-PD    AB=DEFERRED-INT-PD              AC=LIFE-DEF-INT-PD   AD=CHECK-NO    AE=DEFERRED-INT-LTD-PD    AF=LIFE-DEFERRED-INT-LTD-PD
AG=SUB-CODE      AJ=DEF-INT-ADJ-FLAG   AK=ADV-AMT-RECD   AL=TRAN-SOURCE   AM=IOC-SPEC-INT-PD   AN=NON-REC-CORP-ADV   AP=DATE-STAMP   AQ=TIME-
STAMP   AR=MTGR-REC-CORP-ADV   AS=PREV-POSTED   AT=3RD-REC-CORP-ADV   AY=ADJ YE 1098 IND   AZ=CHOICES-PD
FEE CODES:       1=LATE-CHARGE   2=BAD-CK-FEE   3=CHG-OWNER   $=ELOC-FEEY=ADJ YE 1098 IND   AZ=CHOICES-PD
```