

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/16/2010

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-33713-H4-7 |
| | § | |
| DAMIEON D. HALL, | § | |
|    Debtor | § | CHAPTER 7 |
| | § | |
| U.S. BANK, N.A., ITS ASSIGNS | § | |
| AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
|    Movant | § | HEARING DATE: 11/16/2010 |
| | § | |
| v. | § | TIME: 09:00 AM |
| | § | |
| DAMIEON D. HALL; and | § | |
| JOSEPH M. HILL, Trustee | § | |
|    Respondents | § | JUDGE JEFF BOHM |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AFTER HEARING**
(This Order Resolves Docket # 67)

     U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST ("Movant") filed a motion for relief from the automatic stay against

   14727 PLACID POINT
   HUMBLE, TX  77396

   LOT 25, IN BLOCK 1, OF FALL CREEK SECTION 2, A SUBDIVISION IN HARRIS
   COUNTY, TEXAS, ACCORDING TO MAP OR PLAT THEREOF RECORDED IN FILM
   CODE NO. 488018, OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

(the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

| | |
|---|---|
| _____ | Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted. |
| _____ | The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief. |
| _____ | The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and no other party opposed the requested relief. |

    _____    After hearing, and for the reasons stated on the record, relief from the stay is granted.

    ✓    No timely response was filed. Accordingly, the motion is granted by default.

    _____    As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

Additional rulings:

    _____    Movant is awarded attorneys fees in the amount of $_____.

    _____    The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.

11/16/2010    ReservedForJudgeSignature